# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MINDASUL QUE<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GC SERVICES, LP<br><br>　　　　　Defendant. | Civ. No. 15-cv-7819 (KM)<br><br>ORDER |

### KEVIN MCNULTY, U.S.D.J.:

It having been reported to the Court that the above-captioned matter has been settled,

**IT IS** on this 24th day of February, 2016,

**ORDERED THAT** this matter be and hereby is dismissed without costs and with prejudice, subject to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　KEVIN MCNULTY
　　　　　　　　　　　　　　　　　United States District Judge